**STATEMENT OF FACTS**

Case: 1:23−mj−00006
Assigned To : Harvey, G. Michael
Assign. Date : 1/10/2023
Description: Complaint W/ Arrest Warrant

      On or about January 9, 2023, at approximately 1:17 a.m., Metropolitan Police Department ("MPD") Officers were dispatched to the intersection of South Capitol St. SE and Halley Place, in Washington D.C.  MPD Officers arrived at the location in a marked vehicle and saw a running vehicle parked in the center lane of South Capitol Street for a prolonged period while the traffic signal was green.  MPD Officers parked behind the stopped vehicle and activated the emergency lights to provide more visibility and safety.  The Officers approached the vehicle and noticed that the odor of marijuana increased as they got closer.  Michael Blackson ("Blackson") was observed slumped over the wheel of the vehicle and appeared to be sleeping.  The dashboard of the vehicle displayed the letter 'D' for 'Drive,' and Blackson's foot was on the brake.  Noticeably, there was a bulge in Blackson's pants, and he had both hands resting over it.

      Officers attempted to awaken Blackson by knocking on the vehicle and windows, and by shaking the vehicle.  During these attempts, Blackson was coming in and out of consciousness and at one point released the brake, causing the vehicle to nearly drive into the intersection of South Capitol Street and Halley Place S.E.  Seemingly disoriented, Blackson did not listen to the instructions from the Officers.  After Officer Yeilen Fernandez illuminated his badge with his flashlight, Blackson placed the vehicle in park, and lowered his front passenger side window. Blackson exited the vehicle and followed law enforcement's instructions to move behind the vehicle.

      Officer Fernandez approached Blackson to pat him down for weapons due to the bulge observed in the center of the pants earlier.  Due to Officer Fernandez's prior experience with firearms, to include four years of extensive training with weapons in the Marine Corps infantry

and working as a Patrol Officer in the Seventh Police District, he recognized that he felt a lower receiver of a firearm while patting down Blackson. Officer Fernandez lifted Blackson's shirt and immediately recognized the end of a firearm protruding from Blackson's pants. Officer Fernandez removed the firearm from Blackson's person.

The firearm appeared to be fully functional and was designed to expel a projectile by the action of an explosive. A WALES/NCIC inquiry was conducted on the firearm, revealing that the firearm was unregistered. The firearm and ammunition in this case were manufactured outside of the District of Columbia, and therefore traveled in interstate commerce. Blackson was placed under arrest for Felon in Possession, and other firearms and ammunition charges.

While Blackson was in custody, a criminal history check was conducted, and it revealed that he had prior felony convictions for Murder II While Armed, Possession of a Firearm During a Crime of Violence, and Carrying a Pistol without a License Outside the Home/Business, in the Superior Court for the District of Columbia under case number 2005-FEL-003672, where he was sentenced to 24 years in prison and 12 months of supervised probation. As having served time in prison, Jackson was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by a term of imprisonment exceeding one year.

Detective Marcus Talley D2-1724
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th Day of January 2023.

_____

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE